STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Room 200C
Oakland, CA 94612-5204
Telephone: (510) 637-3500

Counsel for Defendant LUDDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>ROBERT LUDDEN,<br><br>                 Defendant. | No. CR 12-00892 YGR (KAW)<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF RELEASE |

## STIPULATION

After a hearing on September 17, 2013 before Magistrate Judge Kandis Westmore, the parties agree and stipulate that the conditions of release for defendant, Robert Ludden may be modified to allow Mr. Ludden to seek and maintain verifiable employment as directed by pretrial services, to seek and maintain volunteer work as directed by pretrial services, or to commence an education program as directed by pretrial services. The parties further stipulate that the conditions of release for defendant Robert Ludden may be modified to allow him to attend church services on Sundays at the direction of pretrial services.

The United States Pretrial Services Officer is in agreement with the proposed modifications. All other conditions of release shall remain the same.

| | |
|---|---|
| Date: 9/23/13 | _____/s/_____<br>JOYCE LEAVITT<br>Assistant Federal Public Defender |
| Date: 9/23/13 | _____/s/_____<br>KESLIE STEWART<br>Assistant United States Attorney |

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Robert Ludden, are hereby modified to allow Mr. Ludden to seek and maintain verifiable employment or volunteer work, or commence an education program as directed by pretrial services.

IT IS FURTHER ORDERED that the conditions of release for defendant Robert Ludden may be modified to allow him to attend church services on Sundays at the direction of pretrial services. All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: September 24, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

*U.S. v Ludden*, CR 12-00892 YGR (KAW)
Order RE: Modify Terms of Release