UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ROBERT LUDDEN, <br> Defendant. | Case No.: 12-CR-00892-YGR <br><br> **ORDER DENYING MOTION TO SUPPRESS** |

Defendant Robert Ludden ("Defendant") filed a Motion to Suppress Evidence on June 27, 2013. (Dkt. No. 13.) The United States of America filed its responsive brief on July 11, 2013. (Dkt. No. 14.) Defendant filed his reply on July 18, 2013. (Dkt. No. 15.) The Court ordered that the United States file additional briefing, which it did on August 27, 2013. (Dkt. Nos. 16 & 21.) The matter came on for hearing on September 5, 2013 and October 31, 2013. In between the hearings, Defendant filed a post-argument brief. (Dkt. No. 29.)

Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record on October 31, 2013, Defendant's Motion to Suppress Evidence is **DENIED**.

This Order terminates Dkt. No. 13.

**IT IS SO ORDERED**.

Dated: November 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**